Affirmed and Opinion filed June 5, 2003














Affirmed and
Opinion filed June 5, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01037-CR

____________

 

WILLIAM JAMES McCALL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

____________________________________________

 

On Appeal from
the 351st District Court

Harris County, Texas

Trial Court
Cause No. 911,251

 

____________________________________________

 

M E M O R A
N D U M   O P I N I O N

            Following a jury trial, appellant
was found guilty of delivery of a controlled substance.  On September 27, 2002, the trial court sentenced
appellant to confinement for twelve years in the Institutional Division of the
Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.

            Appellant’s appointed counsel filed
a brief in which he concludes the appeal is wholly frivolous and without merit.  The brief meets the requirements of Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18
L. Ed.2d 493 (1967), by presenting a professional evaluation of the record
demonstrating why there are no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

            A copy of counsel’s brief was
delivered to appellant.  Appellant was
advised of the right to examine the appellate record and file a pro se
response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  As of this date, no pro se response has been
filed.

            We have carefully reviewed the
record and counsel’s brief and agree the appeal is wholly frivolous and without
merit.  Further, we find no reversible
error in the record.  A discussion of the
brief would add nothing to the jurisprudence of the state.

            Accordingly, the judgment of the
trial court is affirmed.

 

                                                                        PER
CURIAM

 

Judgment rendered and
Opinion filed June 5 ,
 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman. 

Do Not Publish — Tex. R. App. P. 47.2(b).